No. 76–1589. DAWKINS v. NABISCO, INC., BAKERY & CONFECTIONERY UNION, LOCAL No. 42, 433 U. S. 910;

No. 76–1618. COSTEY v. UNITED STATES, 431 U. S. 968;

No. 76–5306. DOBBERT v. FLORIDA, 432 U. S. 282;

No. 76–6221. FUSCO v. UNITED STATES, 433 U. S. 909;

No. 76–6723. FALVO v. UNITED STATES, 433 U. S. 909;

No. 76–6238. KEENER v. GEORGIA, 433 U. S. 911;

No. 76–6322. CAHNMANN v. ECKERTY, CITY CLERK OF URBANA, 431 U. S. 934;

No. 76–6333. GHOLSON ET AL. v. TEXAS, 432 U. S. 911;

No. 76–6406. PILLA v. UNITED STATES, 432 U. S. 907;

No. 76–6407. HARRIS v. GEORGIA, 431 U. S. 933;

No. 76–6497. FLOYD v. GEORGIA, 431 U. S. 949;

No. 76–6518. KNIGHTEN v. BRODERICK, 431 U. S. 941;

No. 76–6527. GUELKER v. MISSOURI, 431 U. S. 941;

No. 76–6555. GRIFFIN v. TEXAS EMPLOYMENT COMMISSION ET AL., 431 U. S. 942;

No. 76–6569. ALLOTEY v. UNITED STATES, 432 U. S. 908;

No. 76–6622. PATTERSON v. GEORGIA, 431 U. S. 970;

No. 76–6623. JOHNSTON ET AL. v. UNITED STATES, 431 U. S. 942;

No. 76–6642. CROWLEY v. NEW JERSEY, 431 U. S. 971;

No. 76–6681. CROWLEY v. NEW JERSEY, 432 U. S. 909; and

No. 76–6733. FOSTER v. BECHTEL CORP., 432 U. S. 909. Petitions for rehearing denied.

No. 75–1882. CARTER ET AL. v. UNITED STATES, 431 U. S. 965. Motion of petitioner Carter for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 76–321. STENCEL AERO ENGINEERING CORP. v. UNITED STATES, 431 U. S. 666. Motion of Textron, Inc., et al. for leave to file a brief as *amici curiae* granted. Petition for rehearing denied.